UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| UNITED STATES OF AMERICA , | ) |
| | ) |
| vs. | ) | Criminal No. 04CR |
| | ) |
| EDRICK SANTOS, | ) |
| Defendant | ) |
| | ) |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Edrick Santos in the above-entitled matter and respectfully requests this Honorable Court to modify the conditions of release which were established on September 22, 2004 at the Defendant's initial hearing.

In support of this Motion the Defendant states that he has an opportunity to become a long distance truck driver for Gainey Transportation Service, Inc. of 341 Moulston Road of Hanover, Pennsylvania. Mr. Steve Nalevanko of that firm has offered Mr. Santos the position and it will require three days of training in Hanover, Pennsylvania before commencing employment.

After training, Mr. Santos will be on the road approximately ten to twelve to days at a time and return to the Springfield area for two or three days off. The conditions imposed by the Court required Mr. Santos to look for employment however he is not allowed to leave the Commonwealth of Massachusetts. Mr. Santos submits that this job is necessary for him to pay for the housing and support of his family.

Respectfully Submitted,
By The Defendant, Edrick Santos

Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413)781-0471
B.B.O. #363110

-1-

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing and mailing a copy of same, to: Paul Smith, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103.

Dated: October 6, 2004

_____
Kevin G. Murphy, Esq.

-2-