UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-mj-673-KPN |
| ) | |
| EDRICK SANTOS, ) | |
|     Defendant. ) | |
| ) | |

### THE GOVERNMENT'S ASSENTED TO MOTION TO EXTEND THE DEFENDANT'S PRELIMINARY HEARING DATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this court to extend the time period for the Defendant's preliminary hearing pursuant to Fed. R. Crim. P. 5.1(d). In support of this motion the government states the following:

1. The Defendant Edrick Santos was arrested pursuant to a criminal complaint on September 22, 2004.

2. At his initial appearance, the Court scheduled a preliminary hearing for October 12, 2004 at 2:30 pm.

3. The Government requests a brief continuance for this preliminary hearing for purposes of finalizing its presentation to the grand jury, as certain evidence is not ready for grand jury presentation.

4. The Defendant, through Attorney Kevin Murphy, has assented to the Government's request.

The Government respectfully requests this Court to continue this preliminary hearing from October 12, 2004 to October 28, 2004

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                           By:  s/s Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney

Dated: October 12, 2004
```