UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 04CR |
| ) | |
| EDRICK SANTOS, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Edrick Santos in the above-entitled matter and respectfully requests this Honorable Court to modify the conditions of release which were established on September 22, 2004 at the Defendant's initial hearing.

In support of this Motion the Defendant states that he has an opportunity to become a truck driver for Twins Express of 70 Windsor Street, West Springfield, Massachusetts.

This position will require Mr. Santos to drive interstate routes that do not require overnight stays out of state. The conditions imposed by the Court required Mr. Santos to look for employment however he is not allowed to leave the Commonwealth of Massachusetts. Mr. Santos submits that this job is necessary for him to pay for the housing and support of his family.

Respectfully Submitted,
By The Defendant, Edrick Santos

_____
Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413)781-0471
B.B.O. #363110

-1-

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing and mailing a copy of same, to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103.

Dated: October 18, 2004

Kevin G. Murphy, Esq.

-2-