```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIM. NO. 04cr30052 MAP |
| | ) |
| | ) VIOLATIONS: |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) - |
| | ) Distribution and Possession |
| EDRICK SANTOS, | ) with Intent To Distribute |
|      Defendant. | ) Heroin (Count One) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) - |
| | ) Distribution and Possession |
| | ) with Intent To Distribute |
| | ) Cocaine (Count Two) |
| | ) |
| | ) 18 U.S.C. §922(g)(3) - |
| | ) Possession of a Firearm by a |
| | ) Person who is an Unlawful User |
| | ) of and Addicted to a |
| | ) Controlled Substance (Count |
| | ) Three) |
| | ) |
| | ) 18 U.S.C. §922(g)(3) - |
| | ) Possession of Ammunition by a |
| | ) Person who is an Unlawful User |
| | ) of and Addicted to of a |
| | ) Controlled Substance (Count |
| | ) Four) |
| | ) |
| | ) 18 U.S.C. § 924(c) - |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime (Count Five) |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 841(a)(1) -
             Distribution and Possession with the Intent to
             Distribute Heroin; Title 18, United States Code,
             Section 2, Aiding and Abetting

  1.  On or about September 21, 2004, in Hampden County, in

the District of Massachusetts,

**EDRICK SANTOS,**

Defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT TWO:** **Title 21, United States Code, Section 841(a)(1) - Distribution and Possession with the Intent to Distribute Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting**

1. On or about September 15, 2004, in Hampden County, in the District of Massachusetts,

**EDRICK SANTOS,**

Defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>: **Title 18, United States Code, Section 922(g)(3) - Possession of a Firearm by a Person who is an Unlawful User of and Addicted to any Controlled Substance**

On or about September 21, 2004, in Hampden County, in the District of Massachusetts,

**EDRICK SANTOS,**

Defendant herein, did knowingly and intentionally possess, in and affecting interstate commerce, the following firearms:

1. Colt Semiautomatic Rifle (Sportster model), 5.56 mm, bearing serial number CH000270;

2. Smith & Wesson 9-mm pistol, Model 439, bearing serial number A704943; and

3. Smith & Wesson .38-caliber revolver, Model 33, bearing serial number J176385.

The Defendant was an unlawful user of and addicted to cocaine, a controlled substance, during the time the defendant possessed the firearms listed above.

All in violation of Title 18, United States Code, Section 922(g)(3).

COUNT FOUR:	Title 18, United States Code, Section 922(g)(3) Unlawful Possession of Ammunition by a Person who is an Unlawful User of or Addicted to any Controlled Substance

On or about September 21, 2004, in Hampden County, in the District of Massachusetts,

**EDRICK SANTOS,**

Defendant herein, did knowingly and intentionally possess, in and affecting interstate commerce, the following ammunition:

1. 120 rounds of "PMC" brand .223 caliber ammunition;
2. Eight rounds of Winchester 9 mm ammunition; and
3. 15 rounds of Federal brand .38 caliber ammunition.

The Defendant was an unlawful user of and addicted to cocaine, a controlled substance, during the time the defendant possessed the ammunition listed above.

All in violation of Title 18, United States Code, Section 922(g)(3).

<u>COUNT FIVE:</u>   Title 18, United States Code, Section 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

    1.   On or about September 15, 2004, in Springfield, Massachusetts,

**EDRICK SANTOS,**

Defendant herein, did knowingly and intentionally, use and possess a Smith & Wesson, 9 mm pistol, Model 439, bearing serial number A704943, in furtherance of a drug trafficking crime, namely, Distribution and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

    All in violation of Title 18, United States Code, Section 924(c)(1).

**Notice of Additional Factors for Count Three**

The GRAND JURY further finds that:

1. Edrick Santos possessed three firearms. Accordingly, USSG § 2K2.1(b)(1)(A) applies to this case.

2. Edrick Santos possessed stolen firearms. Accordingly, USSG § 2K2.1(b)(4) applies to this case.

3. Edrick Santos unlawfully possessed a semiautomatic assault rifle. Accordingly, USSG § 2K2.1(a)(4)(B) applies to this case.

4. Edrick Santos possessed a firearm in connection with another felony. Accordingly, USSG § 2K2.1(b)(5) applies to this case.

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

**EDRICK SANTOS,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

   1. $3,004.00 in United States Currency; and
   2. Smith & Wesson 9-mm pistol, Model 439, bearing serial number A704943.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____October 26_____, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT