UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 NOV -2 P 2: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 04CR30052-MAP |
| | ) |
| EDRICK SANTOS, | ) |
| Defendant | ) |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Edrick Santos in the above-entitled matter and respectfully requests this Honorable Court to modify the conditions of release which were established on September 22, 2004 at the Defendant's initial hearing.

In support of this Motion the Defendant states that he is gainfully employed by Twins Express of 71 Windsor Street, West Springfield, Massachusetts as a truck driver. Mr. Santos begins work at approximately 7:00 a.m. and is on the road until 3:00 or 4:00 p.m. in the afternoon. Mr. Santos is required to call the Pre-Trial Services Office on Mondays and Fridays between the hours of 8:00 a.m. and 12:00 p.m. The Pre-Trial Services Office requires an individual to call from a land based phone line and does not allow cell phones or pay phones to be used. Because of Mr. Santos' employment position he is unable to comply with the order.

Wherefore the Defendant respectfully requests this Honorable Court to allow him to call in on Mondays and Fridays by means of a cell phone to satisfy this condition of his release. Mr. Santos has complied with all other orders and makes this request only so that he can continue with his employment.

Respectfully Submitted,
By The Defendant, Edrick Santos

Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413)781-0471
B.B.O. #363110

-1-

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing a copy of same, to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103 and Ms. Irma Zingaralli, Pre-Trial Services Office, 1550 Main Street, Springfield, MA 01103.

Dated: November 2, 2004

Kevin G. Murphy, Esq.

-2-