UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>) Criminal No. 04CR30052-MAP<br>)<br>EDRICK SANTOS, )<br>Defendant )<br>) | |

## DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant, Edrick Santos, in the above-entitled matter and respectfully requests this Honorable Court to continue the Status Conference of the Defendant from December 17, 2004 until December 21, 2004 at 10:00 a.m.

In support of this motion the Defendant states that Counsel is unavailable on December 17, 2004.

Whereby the Defendant respectfully requests that his Status Conference be continued until December 21, 2004.

THE DEFENDANT,
EDRICK SANTOS

_____
Kevin G. Murphy, His Attorney
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413)781-0471
B.B.O. #363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing a copy of same, to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103.

Dated: December 14, 2004

_____
Kevin G. Murphy, Esq.