UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>EDRICK SANTOS, )<br>       Defendant ) | Criminal No. 04-30052-MAP |

FINAL STATUS REPORT
December 21, 2004

NEIMAN, U.S.M.J.

The court held an initial status conference this day which, with the parties' consent, was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. A trial is unlikely. If necessary, however, a trial will take approximately three days.

2. An initial pretrial conference has been scheduled for February 23, 2005 at 2:30 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file any dispositive motions.

3. All discovery has been completed.

4. The parties report and the court finds that no time will have run on the Speedy Trial clock as of February 23, 2005. An Order of Excludable Delay will issue.

5.  There are no other matters relevant to the progress or resolution of the case.

DATED: December 21, 2004

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge