UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )      Criminal No. 04-30052-MAP
                                    )
                                    )
            v.                      )
                                    )
                                    )
                                    )
EDRICK SANTOS,                      )
            Defendant.              )

               MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Kevin Murphy, counsel for Edrick Santos, hereby submit the following status report pursuant to Local Rule 116.5(A):

    1.  The Government has provided or made available all of its discoverable information.  There are no outstanding discovery requests from the Defendant in this case.  The Defendant has not provided any discovery to the government at this time.

    2.  The parties do not anticipate additional discovery as the result of future receipt of information.

    3.  The defendants do not intend to raise a defense of insanity or public authority.

    4.  The Defendant does not intent to raise an alibi as a defense to the indictments.

    5.  The Defendant has not yet filed, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6.   The parties request this Court to set a date for a second pretrial conference.

7.   The parties are currently engaging in plea negotiations.

8.   The parties agree that the time from the Defendant's initial appearance, September 22, 2004, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). The Defendant has waived the Speedy Trial Act. Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present, February 23, 2005, is excludable pursuant to Local Rule 112.2(B).

9.   In the event that a trial is necessary the trial will last approximately 2 days.

Filed this 22TH day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

s/s PAUL HART SMYTH
PAUL HART SMYTH
Assistant United States Attorney


s/s Kevin Murphy
Attorney Kevin Murphy
Counsel for Edrick Santos

<u>CERTIFICATE OF SERVICE</u>

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via fascimile, to counsel of record on February 22, 2005.  On February 22, 2005, I spoke with Attorney Murphy, and he notified me that he was in agreement with the above memorandum.

                                      <u>s/s Paul Hart Smyth</u>
                                      PAUL HART SMYTH
                                      Assistant U.S. Attorney