UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 04CR30052-MAP |
| ) | |
| EDRICK SANTOS, ) | |
| Defendant ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE
### (ASSENTED TO)

Now comes the Defendant, Edrick Santos in the above-entitled matter and respectfully requests this Honorable Court to modify the conditions of release which were established on September 22, 2004 at the Defendant's initial hearing and modified on November 2, 2004.

In support of this Motion the Defendant states that he is no longer residing in the Springfield area and must seek new employment to support his family. He has an opportunity to drive for a trucking company but said employment would require overnight trips that could cause him to be out of state. The Defendant has been compliant will all conditions of release since October, 2004.

Wherefore, the Defendant respectfully requests this Honorable Court to allow him to call Pre-Trial Services once a week and to submit to drug analysis twice a month as conditions of his release.

Assented to:                                                RESPECTFULLY SUBMITTED,
                                                            By The Defendant, Edrick Santos

_____                                   s/s Kevin Murphy
Paul Smyth, Esq.                                            _____
Assistant U.S. Attorney                                     Kevin G. Murphy, Esq.
United State Attorney's Office                              Pessolano, Dusel, Murphy & Casartello, PC
1550 Main Street                                            115 State Street - 5th Floor
Springfield, MA 01103                                       Springfield, MA 01103
                                                            Phone (413) 781-4700
                                                            Fax (413)781-0471
                                                            B.B.O. #363110

-1-

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing a copy of same, to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103 and Mr. Toland Gladden, Pre-Trial Services Office, 1550 Main Street, Springfield, MA 01103.

Dated: March 15, 2005

/s/ Kevin Murphy
Kevin G. Murphy, Esq.