UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 APR 14 P 2:59

U.S. DISTRICT C...
OF MAS...

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 04CR30052-MAP |
| | ) |
| EDRICK SANTOS, | ) |
|     Defendant | ) |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Edrick Santos in the above-entitled matter and respectfully requests this Honorable Court to modify the conditions of release which were established on September 22, 2004 at the Defendant's initial hearing and modified on November 2, 2004.

In support of this Motion the Defendant states that he is no longer residing in the Springfield area and must seek new employment to support his family. He has an opportunity to drive for Warner Enterprises of Allentown, Pennsylvania. The Defendant must attend a two (2) day orientation program in Allentown and then be available to drive outside of the Commonwealth of Massachusetts. The Defendant is aware of the requirements of calling Pre-Trial Services and random drug tests and will continue to honor those responsibilities. The Defendant has been compliant with all conditions of release since October, 2004.

Wherefore, the Defendant respectfully requests that he be allowed to leave the Commonwealth of Massachusetts for job orientation and then employment.

RESPECTFULLY SUBMITTED,
By The Defendant, Edrick Santos

_____
Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
Phone (413) 781-4700
Fax (413)781-0471
B.B.O. #363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by giving copy of same in hand to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103 and Mr. Toland Gladden, Pre-Trial Services Office, 1550 Main Street, Springfield, MA 01103.

Dated: April 14, 2005

_____
Kevin G. Murphy, Esq.