UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 04CR30052-MAP |
| ) | |
| EDRICK SANTOS, ) | |
| Defendant ) | |

## DEFENDANT'S MOTION FOR CONTINUANCE
### (Assented To)

Now comes the Defendant, Edrick Santos, by and through his attorney, Kevin G. Murphy and respectfully requests this Honorable Court to continue the date for change of plea from August 16, 2005 until a date convenience for the Court in August.

In support of this Motion, the Defendant states the Government has submitted a Plea Agreement for the Defendant's signature of approximately thirteen pages. The Defendant has met with Counsel on one occasion and requests a further conference with Counsel to discuss all the ramifications of said Plea Agreement. A meeting has been scheduled for the week of August 15, 2005 to discuss the plea and the Defendant's rights. Prior to said meeting the Defendant would not be prepared to plea.

It is expected that the Plea Agreement will be signed and a plea can be scheduled within a short period of time. This Continuance is in good faith and not intended to delay the resolution of this case.

THE DEFENDANT,
EDRICK SANTOS

Assented to:

_/s/ Paul Hart Smyth (KGM)_
Paul Hart Smyth
Assistant U.S. Attorney

Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 fax
B.B.O. #363110

Page 1 of 2

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, hereby certify that on this date I caused the foregoing document to be served upon the other party(ies) in this action by faxing a copy of same, to: Paul Smyth, Assistant U.S. Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103.

Dated: August 11, 2005

Kevin G. Murphy, Esq.