UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 NOV 20 P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 04CR30052-MAP |
| | ) | |
| EDRICK SANTOS, | ) | |
| Defendant | ) | **Filed Under Seal** |

### DEFENDANT'S MOTION TO SEAL AND IMPOUND

The Defendant, Edrick Santos, by his undersigned attorney, respectfully requests that the Court seal and impound the accompanying Sentencing Memorandum. This Sentencing Memorandum contains sensitive information, disclosure and any resulting court order could place the Defendant at risk.

RESPECTFULLY SUBMITTED,
By The Defendant,

_____
Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street - 5th Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO. No. 363110